**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-7586**

———————————

JOHN K. MOORE,

        Petitioner - Appellant,

    v.

GEORGE T. HAGAN, Warden; HENRY MCMASTER, South Carolina
Attorney General,

        Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Sol Blatt, Jr., Senior District
Judge. (2:06-cv-00084-SB)

———————————

Submitted: May 2, 2008           Decided: May 12, 2008

———————————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John K. Moore, Appellant Pro Se. Samuel Creighton Waters, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John K. Moore seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Moore has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED